No. 88–7146. WHITMORE, INDIVIDUALLY AND AS NEXT FRIEND OF SIMMONS *v.* ARKANSAS ET AL. Sup. Ct. Ark. [Certiorari granted, 492 U. S. 917.] Motion of Washington Legal Foundation et al. for leave to file a brief as *amici curiae* granted.

No. 89–65. FORT STEWART SCHOOLS *v.* FEDERAL LABOR RELATIONS AUTHORITY ET AL. C. A. 11th Cir. [Certiorari granted, *ante*, p. 807.] Motion of the Acting Solicitor General to dispense with printing the joint appendix granted.

No. 89–400. LUCAS ET AL. *v.* TOWNSEND, PRESIDENT OF THE BIBB COUNTY BOARD OF EDUCATION, ET AL. Appeal from D. C. M. D. Ga. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 89–5398. JOHNSTON *v.* ACTING COMMISSIONER OF SOCIAL SECURITY. C. A. 7th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until November 20, 1989, within which to pay the docketing fee required by Rule 45(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.,* 464 U. S. 928 (1983), we would deny the petition for writ of certiorari without reaching the merits of the motion to proceed *in forma pauperis.*